IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ALLAHRAE FOX,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**STU SHERMAN,**<br><br>                                    Respondent. | Case No. 2:15-cv-2561 JAM GGH P<br><br>**ORDER** |

   Respondent has requested an extension of time, (ECF No. 12), to file a response to the amended petition.

   GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before May 18, 2016.

Dated: April 20, 2016

                                        /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH:076/fox2561.eot